Zahid Siddiqi
877 Francisco Street
Suite 1006
Los Angeles, CA 90017
386-212-5981
Zeedesignz@gmail.com

**FILED**
NOV 09 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Zahid Siddiqi<br><br>DEBTOR NAME<br><br><br><br>Debtor. | Case No.: 2:22-BK-15750-WB<br><br>Chapter 13<br><br>NOTICE OF MOTION AND MOTION TO RECONSIDERATION AND VACATE DISMISAL ENTERED BY CLERK.<br><br>Hearing Date:<br>Time:<br>Crtrm:<br>Floor: |

TO THE HONORABLE J. Brand ; _Nancy Curry_ CHAPTER 13 TRUSTEE; AND ALL OTHER INTERESTED PARTIES: Debtor Name, through her attorney, If any, move this court for an ORDER FOR RECONSIDERATION AND VACATE DISMISSAL ENTERD BY CLERK FOR GOOD CAUSING AS FOLLOWS:

1. I contacted the office of trustee Nancy Curry and explained that I tried to file via electronic filing but was unsuccessful. The reason I could not file in person was because

my son mother had passed from cancer recently, and I was unable to be present at the courthouse to file. I was handling family matters. At that time Nancy Curry office advised I could send in the documents to them directly by email. I did so on November 7, 2022, at 9:08am, attaching files that we required to file to her office (see attached), The advised me to get to the courts to file as soon as possible. I also contacted Judge Brands office but was unsuccessful. I came in early AM today November 9th, 2022, the first day possible and tried to file the documents required. I was told by the clerk the case was dismissed. I pled to the court to please reinstate the motion of stay and the chapter 13 filing. As it is imperative for the well being of my assets and the ability to provide to my son and debtors.

2. If this motion is not granted with urgency, the main creditor Bracket Hangar LLC has given me notice that if the stay is released the will immediately action off all my assets in my company's facility. I ask the court please allow me to file the missing documents and hear this matter with urgency.

3. I have also attached the NOTICE OF MOTION AND MOTION TO RECONSIDERATION AND VACATE DISMISAL ENTERED BY CLERK, Case Commencement Deficiencies documents , list of contact of creditors for proof of service, and lastly my email to Nancy Curry's office.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November 2022, at Los Angeles California.

Zahid Siddiqi

11/9/2022

- 3 -
NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

 Gmail

Zee Siddiqi <zeedesignz@gmail.com>

## Case 2:22-bk-15750-WB

**Zee Siddiqi** <zeedesignz@gmail.com>    Mon, Nov 7, 2022 at 9:08 AM
To: "inquiries@trusteecurry.com" <inquiries@trusteecurry.com>

Good morning,

I just spoke with the office of Nancy Curry trustee in my chapter 13 case. I explained that I tried to use the electronic online portal to upload documents LBR 1015-2, LBR F1002-1 and LBR 1007-1 on Friday November 4th, which on the case commencement deficiency notice says Friday was my last day to file those documents. I also tried going to the court directly towards the end of their day but their systems were down at the moment and it was already close to 4pm. After speaking with Mrs. Curry's office this morning, I was told I could attach the documents to this email and go into the court today to file them as well. Thank you for allowing the additional time. Please find attachments below. If i'm missing anything please let me know. Thank you.

Respectfully,

--

ZEE SIDDIQI

(386) 212-5981
2015 McKinley Ave.  Unit F3
La Verne, CA 91750
www.zdesignz.biz

**5 attachments**

- chap13-2.pdf
  65K

- chap13-1.pdf
  55K

- CHAP13F1015-2.1STMTRELATEDCASES.pdf
  578K

- chap13F1007-1.MAILINGLISTVERIFICATION.pdf
  949K

- chap13F1002-1.EMPINCOMEDEC.pdf
  943K