FILED & ENTERED

NOV 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Zahid A Siddiqi,<br><br><br><br>Debtor(s). | Case No.: 2:22-bk-15750-WB<br><br>CHAPTER 13<br><br>**ORDER GRANTING MOTION TO RECONSIDERATION AND VACATE DISMISSAL ENTERED BY CLERK AND EXTENDING DEADLINE TO FILE THE REMAINING CASE COMMENCEMENT DOCUMENTS**<br><br>[No hearing required] |

    The Court, having considered Debtor's Motion to Reconsideration and Vacate Dismissal Entered by Clerk ("Motion"), filed on November 9, 2022 as Docket No. 17, **HEREBY GRANTS** the Motion.  The order dismissing the debtor's bankruptcy case entered by the court on November 8, 2022 is vacated.  The automatic stay, to the extent such stay existed prior to case dismissal, is reinstated as of the entry of the order granting the motion. Any actions taken by any creditors of the estate between the November 8, 2022 entry of the order dismissing this chapter

///

-1-

13 case and the date of entry of this order shall not be affected by reinstatement of this bankruptcy case.

**IT IS FURTHER ORDERED** that Debtor shall file the remaining case commencement documents by November 23, 2022.

###

Date: November 10, 2022

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge