| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zahid Siddiqi<br>877 Francisco St<br>Suite 1006<br>Los Angeles, CA 90017 | FILED<br><br>NOV 1 5 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

☒ *Individual appearing without attorney*
☐ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION ▾

| In re:<br><br>Siddiqi, Zahid | CASE NO.: :22-BK-15750-WB<br>CHAPTER:13 ▾ |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)** |
| Debtor(s). | DATE:<br>TIME:<br>COURTROOM: |

**Movant:** Zahid Siddiqi

1. NOTICE IS HEREBY GIVEN to Brackett Hangar LLC
   (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012     ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. ☐ a. This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012         Page 1         **F 4001-1.IMPOSE.STAY.MOTION**

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☒ b.    This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☒ at the hearing ☐ at least _____ days before the hearing.

(1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

(3) ☒ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.    You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.    If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 11/15/2022

_____
Printed name of law firm (if applicable)

Zahid Siddiqi
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                        F 4001-1.IMPOSE.STAY.MOTION

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Zahid Siddiqi

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following  property (Property):
      ☒ Vehicle (*describe year, manufacturer, type, and model*): Mclaren MP4-12c , Nissan GTR
      Vehicle Identification Number: JN1AR5EF2HM820737 ------ SBM11BAA7DW002780
      Location of vehicle (*if known*):

      2015 Mckinley Ave, La Verne CA 91750 Building F3

      ☒ Equipment (*describe manufacturer, type, and characteristics*):
      Serial number(s): N/A
      4 axis CNC Machines, Paint Facility,Vertical Mills, Sheet metal breaks, Hydraulic Shears, Paint prep
      Location (*if known*):All property inside Build F3 On Mckinley Ave La Verne, CA91750

      2015 Mckinley Ave F3 La Verne, CA 91750

      ☒ Other Personal Property (*describe type, identifying information, and location*):
      intelectual property on server, materials, automotive and aviation product inventory, mechanical tools
      ☒ Real Property
      Street Address: 2015 Mckinley Avenue
      Apt./Suite No.: F3
      City, State, Zip Code:La Verne, CA 91750
      Legal description or document recording number (include county of recording):

      ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Brackett Hangar LLC

   to secure the sum of approximately $ 200,000.00                                  now owed. (Secured Creditor/Lessor).
   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.  (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>*Secured Creditors/Lessors*</u> as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** <u>as to *all creditors*</u>.

   d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>*Secured Creditor/Lessor*</u>; and/or

   e. ☒ Movant moves for an order continuing the **automatic stay** <u>as to *all creditors*</u>.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*):10/21/2022

   b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: Zahid Siddiqi
   Case number: 2:22-BK-14581                        Chapter: 13
   Date filed: 08/23/2022                            Date dismissed: 10/03/2022
   Relief from stay re this Property        ☐ was    ☒ was not granted
   Reason for dismissal: Hired attorney, did not make me aware of meeting of creditors, therefore
   I was not present due to that fact.

2. Case name:
   Case number:                                      Chapter:
   Date filed:                                       Date dismissed:
   Relief from stay re this Property        ☐ was    ☐ was not granted
   Reason for dismissal:

☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was _____ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☒ In a previous case(s), as of the date of dismissal there was:
   ☒ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: All tooling and equipment/permitting          $ 1,850,000.00
   2. Creditor/Lien amount: brackett hangar llc                                 $ 163,000.00
   3. Creditor/Lien amount: Golden One Credit 2013 Mclaren Vehicle              $ 100,000.00
   4. Creditor/Lien amount: Ally Financial Nissan GTR Vehicle                   $ 65,000.00
   5. Creditor/Lien amount: Team Funding                                        $ 50,000.00
   6. Total Liens                                                               $ 378,000.00
   7. Debtor's Homestead Exemption                                             $ 
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 1,472,000.00

b) 1. Property description/value: _____                    $ _____
   2. Creditor/Lien amount: _____                          $ _____
   3. Creditor/Lien amount: _____                          $ _____
   4. Creditor/Lien amount: _____                          $ _____
   5. Creditor/Lien amount: _____                          $ _____
   6. Total Liens                                                               $ _____
   7. Debtor's Homestead Exemption                                             $ _____
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ _____

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**4.    Grounds for Continuing The Stay:**

a.    ☒    Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

1.    ☒    The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

A.    ☐    The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

B.    ☒    Good faith is shown because

~~Once I was given notice that I did not apear to my origina filing and meeting of creditors,I fired my attorney and took the responbility into my control~~

☐    See attached continuation page

2.    ☒    The Property is of consequential value or benefit to the estate because:

A.    ☐    The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

B.    ☒    The Property is necessary to a reorganization for the following reasons:

~~The vaule of property in the building far exceeds what is owed to creditors. The business currently has more than 250k in recievables, and more P.O's for addtional work that I cannot accept due to the incorrect writ of possesion given by the state court~~

☐    See attached continuation page

C.    ☒    The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

~~Property inside building~~

☐    See attached continuation page

3.    ☐    The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

A.    ☐    The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);

B.    ☐    Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

C.    ☐    Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

☐    See attached continuation page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 5                          F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____

_____

_____

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____

_____

_____

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____

_____

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

_____

_____

_____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because

_____

_____

_____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☒ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☒ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

2. ☒ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

My company's facility, equipment and vehicle generates all income. Without that, debt cannot be paid

_____

_____

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____

_____

_____

☐ See attached continuation page

b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☒ Good faith is shown because:

Zahid SIddiqi owner of Z Designz, is filing a motion of stay and and also a motion to shorten notice of hearing due to the fact Brackett Hangar LLC has locked me out of the premises and stopped all abilities to complete projects that generate the income necessary to pay back creditors.

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____

_____

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal  was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____

_____

☐ See attached continuation page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 7                          F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____
_____

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page(s)

6. **Evidence in Support of Motion: (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)**

a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b. ☐ Other Declaration(s) are also attached in support of this Motion.
c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____
d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☒ That a Stay be imposed as to all creditors until further order of the court.

5. ☒ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☒ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)

_____

_____

_____

8. ☐ For other relief requested, see attached continuation page.

Date: 11/15/2022

Respectfully submitted,

_Zahid Siddiqi_____
Movant name

_____
Firm name of attorney for Movant (if applicable)

_____
Signature

_Zahid Siddiqi_____
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, ____Zahid Siddiqi_____, am the __Petitioner_____ of Movant. I have read the foregoing motion consisting of ____11____ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_11/15/2022___    _Zahid Siddiqi_____    _____
Date                    Printed name of declarant                        Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2015 Mckinley Ave, F3 La Verne, CA 91750

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/15/2022 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

William Johnson ESQ - Service by email - ALLY FINANCIAL  - Service by overnight mail- DEDICATED FINANCIAL GBC

- Service by email GOLDEN ONE CREDIT UNION -Service by email - TEAM FUNDING SOLUTIONS - Service by email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/2022 | Zahid Siddiqi | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.