| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**NOV 15 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bryant   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>ZAHID A. SADDIQI,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:22-bk-15750-WB<br>CHAPTER:  13<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Zahid A. Saddiqi

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay [Docket No. 31]

    b. *Date of filing of motion:* 11/15/2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 11/15/2022

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 11/17/2022**<br>**Time:  2:00PM**<br>**Courtroom: 1375** | **Place:**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: **11/16/2022**<br>Time: **12:00PM** | ***All parties entitled to notice***<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: **11/16/2022**<br>Time: **12:00PM** | ***All parties entitled to notice***<br><br>☐ See attached page<br>(D) _Service is also required upon_:<br>-- United States trustee _(electronic service is not permitted)_<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~(_see Court Manual for address_)~~ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                Page 2                **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: **11/16/2022**
Time: **12:00PM**

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

**All parties entitled to service**

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- ~~Judge's copy personally delivered to chambers~~
~~(*see Court Manual for address*)~~

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- ~~Judge's copy personally delivered to chambers~~
~~(*see Court Manual for address*)~~

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's Copy personally delivered to chambers~~<br>    (*~~see Court Manual for address~~*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:     Date: 11/16/2022     Time: 4:00PM

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: November 15, 2022

*/s/ Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 4     **F 9075-1.1.ORDER.SHORT.NOTICE**