**FILED & ENTERED**

NOV 18 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZAHID A. SIDDIQI,<br><br><br>           Debtor(s). | Case No.: 2:22-bk-15750-WB<br><br>CHAPTER 13<br><br>**ORDER CONTINUING HEARING ON MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY [DOCKET NO. 31] AND CONTINUING THE STAY ON AN INTERIM BASIS**<br><br>Date:           November 17, 2022<br>Time:          2:00 PM<br>Courtroom:   1375<br><br><u>Continued hearing date</u>:<br>Date:           December 15, 2022<br>Time:          2:00 PM<br>Courtroom:   1375 |

    On November 17, 2022 at 2:00 p.m., a hearing took place on the debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay ("Motion") [Docket No. 31]. Appearances were made as stated on the record. For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that:

1) The hearing is continued to December 15, 2022 at 2:00 p.m.

2) The debtor shall file any supplemental filing by November 28, 2022. Any opposition thereto shall be filed by December 8, 2022.

3) The automatic stay is continued on an interim basis until the December 15, 2022 hearing date.

###

Date: November 18, 2022

Julia W. Brand
United States Bankruptcy Judge